IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TNESHELA LA TRICE BOYD,  §<br>　　　　PLAINTIFF, §<br>　§<br>V. §<br>　§<br>AT&T MOBILITY SERVICES LLC, §<br>ET AL., §<br>　　　　DEFENDANTS. § | CIVIL CASE NO. 3:23-CV-2882-D |

## ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court adopts the findings, conclusions, and recommendation of the United States Magistrate Judge. Plaintiff's claims against defendants Audrey Rodriguez and Criscella Hernandez are dismissed with prejudice as frivolous by Fed. R. Civ. P. 54(b) final judgment filed today. 28 U.S.C. § 1915(e)(2)(B).

**SO ORDERED**.

March 26, 2024.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　SIDNEY A. FITZWATER
　　　　　　　　　　　　　　　　　　　　SENIOR JUDGE